ORIGINAL

FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0004

IN RE PETITION OF DAN STUSEK FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA



FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Dan Stusek has petitioned this Court for reinstatement to active status in the State Bar of Montana. Stusek voluntarily took inactive bar membership on April 1, 2020. The Petition states that Stusek is not currently subject to disciplinary proceedings, has not committed any acts or omissions sanctionable under the Rules of Professional Conduct, been charged with a criminal offense, accrued delinquent debt or filed for bankruptcy, or failed to fulfill the obligations of a public office or professional license other than as an attorney, while not on active status. Therefore,

IT IS HEREBY ORDERED that the petition of Dan Stusek for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at fifteen (15) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 1st day of June, 2021.

_____
Chief Justice

_____

_____

_(signatures)_

Justices